March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -v-

Anthony Delgado,

        Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

22 -CR- 426 (AT) (__)

Defendant __Anthony Delgado__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

____ Initial Appearance/Appointment of Counsel

____ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____ Preliminary Hearing on Felony Complaint

____ Bail/Revocation/Detention Hearing

__X__ Status and/or Scheduling Conference

____ Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Anthony Delgado
Print Defendant's Name

_____
Defense Counsel's Signature

Clay Kaminsky
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

9/6/2022
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge