```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/28/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

           -against-

ANTHONY DELGADO, JR.,

           Defendant.

22 Cr. 426 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The status conference scheduled for November 1, 2022, is ADJOURNED *sine die*.

SO ORDERED.

Dated: October 28, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge